## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

KAREEM MCNAIR,                        :   No. 36 EM 2019
                                      :
              Petitioner              :
                                      :
                                      :
                                      :
         v.                           :
                                      :
                                      :
COURT OF COMMON PLEAS,                :
PHILADELPHIA COUNTY,                  :
                                      :
              Respondent              :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 1st day of August, 2019, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.